UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:01-CR-87-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LAWRENCE MURPHY, | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's August 15, 2012, pro se motion asking the court to strike a further reduce his sentence so that he may be released earlier than his projected release date in May 2013. He contends family hardship and illness, as well as his own health and desire to begin rebuilding his life, support a reduced sentence and expedited release.

Mr. Murphy already received the benefit of a reduction in his sentence in February 2009, pursuant to the retroactive crack amendment. He has been informed that he may not receive a further reduction under the new 18:1 crack amendment because the amendment would not effect a lowering of his advisory Guideline Range.

While the court is sympathetic to Mr. Murphy's concerns for his family and pleased that he is making concrete plans for his life upon release from the Bureau of Prisons, the court is not authorized under these circumstances to amend his sentence. Mr. Murphy's motion for further reduction in his sentence [DE-30] is DENIED.

SO ORDERED. This, the 13th day of September, 2012.

*[signature]*
JAMES C. FOX
Senior United States District Judge